UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| BARBARA J. GUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12-cv-84-CLC-SKL |
| | ) | |
| ROYAL MACHINE WORKS, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Pursuant to E.D. Tenn. L.R. 16.4, and the Alternative Dispute Resolution Act of 1998, 28 U.S.C. §§ 651 et seq., the parties are hereby **ORDERED** to engage in private mediation in an attempt to resolve this dispute. It is further **ORDERED** that the parties, their representatives and/or actual decision makers for the parties, including persons with actual settlement authority on behalf of all the parties to this litigation, shall be present for the mediation, which shall be scheduled to take place prior to **December 31, 2013**. The parties shall promptly notify the Court of the results of the mediation.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE